**FAEGRE DRINKER BIDDLE & REATH LLP**
ZOE K. WILHELM (SBN 305932)
*zoe.wilhelm@faegredrinker.com*
CINDY C. UNEGBU-ARIBISALA (SBN 329311)
*cindy.aribisala@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:    +1 310 500 2090
Facsimile:    +1 310 500 2091

**FAEGRE DRINKER BIDDLE & REATH LLP**
JEFFREY S. JACOBSON (*Pro Hac Vice to come*)
*jeffrey.jacobson@faegredrinker.com*
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
Telephone:    +1 212 248 3191

Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER (SBN 191626)
*ltfisher@bursor.com*
JOEL D. SMITH (SBN 244902)
*jsmith@bursor.com*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:    +1 925 300 4455

Attorneys for Plaintiff
BRIAN SACCO

[Additional attorneys on following page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SACCO, | Case No. 2:20-cv-02330-MCE-DB |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | Magistrate Hon. Deborah Barnes |
| BLIZZARD ENTERTAINMENT, INC.; and MOUSEFLOW, INC., | **JOINT STIPULATION TO SET DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| Defendants. | |
| | Complaint Filed: November 20, 2020 |

1  **BURSOR & FISHER, P.A.**
   SCOTT A. BURSOR (SBN 276006)
2  *scott@bursor.com*
   701 Brickell Avenue, Suite 1420
3  Miami, FL 33131
   Telephone:    +1 925 300 4455
4
   Attorneys for Plaintiff
5  BRIAN SACCO

6
   **BLANK ROME LLP**
7  ANA TAGVORYAN (SBN 246536)
   *atagvoryan@blankrome.com*
8  HARRISON BROWN (SBN 291503)
   *hbrown@blankrome.com*
9  JULIANNA SIMON (SBN 307664)
   *jmsimon@blankrome.com*
10 *2029 Century Park East, 6thh Floor*
   Los Angeles, CA 90067
11 Telephone:    +1 424 239-3400
   Facsimile:    +1 424 239-3434
12
   Attorneys for Defendant
13 MOUSEFLOW, INC.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Plaintiff Brian Sacco ("Plaintiff"), Defendant Blizzard Entertainment, Inc. ("Blizzard"), and Defendant Mouseflow, Inc. ("Mouseflow," and collectively with Plaintiff and Blizzard, the "Parties") hereby submit this Stipulation as follows:

WHEREAS, Plaintiff filed the Complaint on November 20, 2020, Dkt. No. 1;

WHEREAS, Blizzard was served with the Summons and Complaint on November 25, 2020, Dkt. No. 4;

WHEREAS, Mouseflow was served with the Summons and Complaint on November 30, 2020, Dkt. No. 5;

WHEREAS, Plaintiff granted Blizzard's request for a 28-day extension of time to respond to the Complaint, pursuant to Eastern District of California Civil Local Rule 144(a), setting Blizzard's new deadline to respond to January 13, 2021, Dkt. No. 6;

WHEREAS, Plaintiff granted Mouseflow's request for a 28-day extension of time to respond to the Complaint, pursuant to Eastern District of California Civil Local Rule 144(a), setting Mouseflow's new deadline to respond to January 18, 2021, Dkt. No. 8;

WHEREAS, Plaintiff agrees to further extend both Defendants' deadline to respond to the Complaint to February 12, 2021, after the holiday season.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that Blizzard and Mouseflow's deadline to respond to Plaintiff's Complaint shall be February 12, 2021.

Dated:  December 25, 2020        **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Cindy C. Unegbu-Aribisala*
         CINDY C. UNEGBU-ARIBISALA

         Attorneys for Defendant
         BLIZZARD ENTERTAINMENT, INC.

| | |
|---|---|
| Dated: December 25, 2020 | **BLANK ROME LLP** |
| | By: */s/ Ana Tagvoryan* |
| | ANA TAGVORYAN |
| | HARRISON BROWN |
| | JULIANNA SIMON |
| | |
| | Attorneys for Defendant |
| | MOUSEFLOW, INC. |
| Dated: December 25, 2020 | **BURSOR & FISHER, P.A.** |
| | By: */s/ Joel D. Smith* |
| | JOEL D. SMITH |
| | |
| | Attorneys for Plaintiff |
| | BRIAN SACCO |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

By: */s/ Cindy C.Unegbu-Aribisala*
CINDY C. UNEGBU-ARIBISALA

Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.

IT IS SO ORDERED.

Dated: December 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES