UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SACCO, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>MOUSEFLOW, INC.,<br><br>                     Defendant. | Case No. 2:20-cv-02330-TLN-KJN<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Compl.:   November 20, 2020<br>Trial:      Not set |

125265609

The Court, having considered the stipulation of Plaintiff Brian Sacco ("Mr. Sacco") and Defendant Mouseflow Inc. ("Mouseflow") to extend the deadline for Mouseflow to respond to Mr. Sacco's First Amended Class Action Complaint (the "FAC", Dkt. No. 27), and good cause appearing, hereby ORDERS that the deadline for Mouseflow to respond to the FAC is extended by 14-days, from March 3, 2021 to March 17, 2021.

SO ORDERED.

DATED: February 26, 2021

_____
Troy L. Nunley
United States District Judge